UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. ANDREWS, | ) | NO. CV 07-3652 DDP (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| M.E. POULOS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: February 11, 2009

DEAN D. PREGERSON
United States District Judge